## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Guy Wesley Reffitt

**21-mj-66**

**Filed Under Seal**

### MOTION TO DISMISS

The United States of America, by and through its counsel, the United States Attorney for

the District of Columbia, hereby moves pursuant to Fed. R. Crim. P. 48(a) to dismiss without

prejudice the Criminal Complaint, charging defendant Guy Wesley Reffitt with a violation of

Title 40, United States Code, § 5104 (Violent Entry and Disorderly Conduct). This complaint

was superseded by case 21-mj-91.

Respectfully submitted,

MICHAEL A. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By: _/s/ Jeffrey S. Nestler_____
JEFFREY S. NESTLER
Assistant United States Attorney
D.C. Bar Number 978296
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7277
Email: JEFFREY.NESTLER@USDOJ.GOV